IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, and VISTAKON PHARMACEUTICALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLAND PHARMA LIMITED, <br><br> Defendant. | C.A. No. 20-4094 |

## PLAINTIFFS ALLERGAN, INC. AND ALLERGAN SALES, LLC'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Allergan, Inc. and Allergan Sales, LLC, through undersigned counsel submits the following L.R. 3.2 Notification of Affiliates and Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement.

Allergan, Inc. and Allergan Sales, LLC are indirect wholly owned subsidiaries of AbbVie Inc., a publicly traded company. As of the date of this filing, The Vanguard Group and BlackRock, Inc. each own more than 5% of AbbVie Inc.'s stock.

Dated: July 10, 2020

POLSINELLI PC

*/s/ Gary Hood*
Gary E. Hood
Luke T. Shannon
Colleen C. Walter
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819-1900
ghood@polsinelli.com
lshannon@polsinelli.com
cwalter@polsinelli.com

*Attorneys for Plaintiffs Allergan, Inc. and Allergan Sales, LLC*