IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, and VISTAKON PHARMACEUTICALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLAND PHARMA LIMITED, <br><br> Defendant. | C.A. No. 20-cv-04094 |

# **RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, Plaintiffs Allergan, Inc., Allergan Sales, LLC and Vistakon Pharmaceuticals, LLC provide the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of Plaintiffs:

   Allergan, Inc.
   2525 DuPont Drive
   Irvine, California 92612

   Allergan Sales, LLC
   5 Giralda Farms
   Madison, New Jersey 07940

   Vistakon Pharmaceuticals, LLC
   7500 Centurion Parkway
   Jacksonville, Florida 32256

2. Name and address of Defendant:

   Gland Pharma Limited
   Survey No: 143-148, 150 & 151
   Near Gandimaisamma Cross Roads
   D.P.Pally, Dundigal Post, Dundigal - Gandimaisamma Mandal, Medchal
   Malkajgiri District, Hyderabad, Telangana 500 043, India

3. Names of Inventors:

    U.S. Patent No. 8,664,215:
    Avner Ingerman
    Frans Janssens
    Anton Megens
    Mark B. Abelson

    U.S. Patent No. 10,617,695:
    Avner Ingerman
    Frans Janssens
    Anton Megens
    Mark B. Abelson

4. Asserted United Stated Patents:

    U.S. Patent No. 8,664,215
    U.S. Patent No. 10,617,695

Dated: July 10, 2020                    POLSINELLI PC

                                        */s/ Gary Hood*
                                        Gary E. Hood
                                        Luke T. Shannon
                                        Colleen S. Walter
                                        150 N. Riverside Plaza, Suite 3000
                                        Chicago, IL 60606
                                        (312) 819-1900
                                        ghood@polsinelli.com
                                        lshannon@polsinelli.com
                                        cwalter@polsinelli.com

                                        *Attorneys for Plaintiffs Allergan, Inc. and Allergan Sales, LLC*

        */s/ Robert Leighton*
A. Colin Wexler
Robert D. Leighton
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, IL 60603
(312) 201-4000
colin.wexler@goldbergkohn.com
robert.leighton@goldbergkohn.com

*Attorneys for Plaintiff Vistakon Pharmaceuticals, LLC*

OF COUNSEL:
Scott K. Reed
Ha Kung Wong
Sean M. McCarthy
Neha Bhat
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
SReed@venable.com
HWong@venable.com
SMcCarthy@venable.com
NBhat@venable.com

*Counsel for Plaintiffs Allergan, Inc., and Allergan Sales, LLC*